## SANDERS v. STATE.
### No. 18091.

Court of Criminal Appeals of Texas.

March 25, 1936.

E. J. Conn, of Lufkin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for transporting intoxicating liquor; punishment, one year in the penitentiary.

The law creating the offense for which this appellant was convicted has been repealed. Following Meadows v. State (Tex. Cr.App.) 88 S.W.(2d) 481, the judgment is reversed and the prosecution ordered dismissed.